EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT  3753
Assistant U.S. Attorney

LAWRENCE L. TONG  3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 13 2004

at \_\_ o'clock and \_\_ min. \_\_M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR04-00396 DAE |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 2252 |
| EUGENE K. GREGORY, | [Child Pornography] |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about March 13, 2002, in the District of Hawaii, EUGENE K. GREGORY, did knowingly possess a matter, namely, a computer hard drive, which contained visual depictions of minors

engaged in sexually explicit conduct, with EUGENE K. GREGORY then knowing that the production of said visual depictions involved the use of minors engaged in sexually explicit conduct, and which depictions were of such conduct, and which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, section 2252(a)(4).

## SENTENCING ALLEGATIONS

The Grand Jury makes the following sentencing allegations:

1. Defendant EUGENE K. GREGORY possessed materials which involved a prepubescent minor, or a minor under the age of twelve years.

///

///

///

2. The offense involved the possession of ten or more items containing visual depictions involving the sexual exploitation of minors.

Dated: Honolulu, Hawaii, OCT 13 2004.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Eugene K. Gregory
Cr. No. _____
"Indictment"

3